UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-cr-04269-H |
|---|---|
| v. | |
| RAYMUNDO ALEJANDRO EDMISTON, | ORDER OF RESTITUTION |
| Defendant. | |

IT IS HEREBY ORDERED:

1.    Pursuant to 18 § U.S.C. 3663(a)(3), the defendant RAYMUNDO ALEJANDRO EDMISTON (hereinafter "Defendant") shall pay restitution in the amount of **$210,175.00** as a result of Defendant's conviction for Social Security Fraud in violation of 42 U.S.C. § 408(a)(4).

2.    Restitution shall be paid to the following victims in the specified amounts:

| Victims | Amount | Current Balance |
|---|---|---|
| Social Security Administration | $203,775.00 | $153,775.00 |
| U.S. Department of the Treasury | $6,400.00 | $6,400.00 |

3.    Defendant shall receive credit for any restitution paid or recovered prior to sentencing, including his payment of $50,000.00 in restitution directly to the Social Security Administration on January 15, 2026, resulting in the current balance reflected in paragraph 2 above.

4.      Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

5.      After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that Defendant has the ability to pay the restitution as set forth in the following payment schedule:

a.      During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

b.      Upon release from custody, Defendant shall pay restitution at the rate of at least $1,000.00 per month, subject to modification upon further agreement of the parties or order of the Court.

6.      This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

7.      Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

8.      The Court has determined that Defendant does have the ability to pay interest.

9.      Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs. *See* 18 U.S.C. § 3664(k).

//

//

//

*Order of Restitution*                                    2                                    *25-cr-04269-H*

10.     Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.  *See* 18 U.S.C. § 3612(b)(1)(F).

IT IS SO ORDERED.

DATED: 2/23/2026

HON. MARILYN J. HUFF
United States District Judge